IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN BASS LINDSAY, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-07-68 |
| | § | |
| CITY OF BEEVILLE, et al., | § | |
| | § | |
|     Defendants. | § | |

## ORDER

On this day came on to be considered Defendants' "Partial Motion to Dismiss" the Beeville Police Department as a defendant in this action. (D.E. 11.) Plaintiff has indicated that he does not oppose Defendants' motion, and agrees that the Beeville Police Department should be dismissed. (D.E. 21.) Accordingly, the Defendants' "Partial Motion to Dismiss" is GRANTED and the Beeville Police Department is hereby DISMISSED from this action.

SIGNED and ENTERED this 20th day of March, 2007.

_____
Janis Graham Jack
United States District Judge